UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERITAGE GUITAR, INC.,

    Plaintiff,

v.

GIBSON BRANDS, INC.,

    Defendant.

Case No. 20-cv-229

Honorable Janet T. Neff

Magistrate Judge Ray Kent

**PLAINTIFF'S MOTION FOR ORDER THAT ITS COMPLAINT MAY BE FILED IN THE PUBLIC RECORD WITHOUT REDACTIONS OR, ALTERNATIVELY, FOR LEAVE TO FILE ITS COMPLAINT UNDER SEAL**

NOW COMES Plaintiff, Heritage Guitar, Inc., by and through its attorneys, VARNUM LLP, and moves for an order granting permission to Plaintiff to file its previously-filed redacted Complaint in the public record without redactions or, alternatively, for leave to file its Complaint under seal. This Motion is made pursuant to Fed. R. Civ. P. 5.2 and Western District of Michigan Local Rule 10.6.

In accordance with Local Rule 7.1(d), on March 16, 2020, Plaintiff's counsel sought concurrence of Defendant's counsel, which was not granted.

WHEREFORE, Plaintiff respectfully requests that this Court grant its motion allowing Plaintiff to file its previously-filed redacted Complaint in the public record without redaction. Alternatively, Plaintiff seeks leave to file its Complaint under seal with the Court.

                        Respectfully submitted,

                        VARNUM
                        Attorneys for Plaintiffs

Dated:  March 25, 2020          By:  */s/ Bryan R. Walters*
                                        Bryan R. Walters (P58050)
                        Business Address, Telephone, and E-mail:
                            P.O. Box 352
                            Grand Rapids, MI  49501-0352
                            616/336-6000
                            brwalters@varnumlaw.com

                        and

                        Mark G. Matuschak
                        Vinita Ferrera
                        Allyson Slater
                        WILMER CUTLER PICKERING HALE AND DORR LLP
                        60 State Street
                        Boston, MA  02109
                        (617) 526-6559 (t)
                        (617) 526-5000 (f)
                        Mark.matuschak@wilmerhale.com

                        Jared D. Hoffman
                        WILMER CUTLER PICKERING HALE AND DORR LLP
                        7 World Trade Center
                        250 Greenwich Street
                        New York, NY  10007