UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERITAGE GUITAR, INC.,

      Plaintiff,                             Case No. 1:20-CV-229

v.                                                Hon. JANET T. NEFF

GIBSON BRANDS, INC.,

      Defendant.
_____/

**ORDER**

Oral argument was held on April 21, 2020, via telephone, on Plaintiff's Motion for Order That its Complaint May be Filed in the Public Record Without Redactions or, Alternatively, For Leave to File its Complaint Under Seal (ECF No. 6). At the conclusion of the hearing, the parties informed the Court that they would work together in a good-faith effort to resolve the matter. The Court having been notified this date of a resolution to the matter, the motion is **DENIED as moot.**

      **IT IS SO ORDERED.**

Dated:  April 23, 2020                        /s/ Ray Kent
                                                             RAY KENT
                                                              United States Magistrate Judge