UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERITAGE GUITAR, INC.,

    Plaintiff,

v.

GIBSON BRANDS, INC.,

    Defendant.

Case No. 20-cv-229

Honorable Janet T. Neff

Magistrate Judge Ray Kent

## PROPOSED ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to Seal [Dkt. 12] its unredacted Complaint. The parties have reached an agreement on the modified redactions to the Complaint. Accordingly, and for the reasons stated at the telephonic hearing held on April 21, 2020, it is ORDERED that Plaintiff's Unopposed Motion to Seal its unredacted Complaint is GRANTED.

IT IS FURTHER ORDERED that the filing of Plaintiff's updated redacted Complaint is not considered an amended pleading for purposes of Federal Rule of Civil Procedure 15. Defendant's deadline for answering Plaintiff's complaint remains May 18, 2020, or 60 days after the Defendant waived service under Rule 4(d).

    **SO ORDERED.**

    Date:    April __, 2020
               Grand Rapids, Michigan

                                                    _____
                                                    Ray Kent
                                                    United States Magistrate Judge