UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 20-cv-229 |
| Plaintiff, | Honorable Janet T. Neff |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

## PROPOSED ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to Seal [Dkt. 12] its unredacted Complaint. The parties have reached an agreement on the modified redactions to the Complaint. Accordingly, and for the reasons stated at the telephonic hearing held on April 21, 2020, it is ORDERED that Plaintiff's Unopposed Motion to Seal its unredacted Complaint is GRANTED.

IT IS FURTHER ORDERED that the filing of Plaintiff's updated redacted Complaint is not considered an amended pleading for purposes of Federal Rule of Civil Procedure 15. Defendant's deadline for answering Plaintiff's complaint remains May 18, 2020, or 60 days after the Defendant waived service under Rule 4(d).

**SO ORDERED.**

Date:   April 28 2020
        Grand Rapids, Michigan

/s/ Ray Kent
_____
Ray Kent
United States Magistrate Judge