IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 20-cv-229 ) ) |
| GIBSON BRANDS, INC., | ) Honorable Janet T. Neff ) ) |
| Defendant. | ) Magistrate Judge Ray Kent ) ) |

**PROOF OF SERVICE**

The undersigned certifies that on August 14, 2020, the following documents were served upon Plaintiff's Counsel by mailing via UPS the same to them at their respective addresses with postage fully prepaid thereon:

1. Defendant's Motion to Dismiss or, in the alternative, Motion to Transfer to the Middle District of Tennessee, Nashville Division
2. Defendant's Brief in Support of its Motion to Dismiss or, in the alternative, Motion to Transfer to the Middle District of Tennessee, Nashville Division
3. Declaration of Kurt Schuettinger in support of Motion to Dismiss or, in the alternative, Motion to Transfer to the Middle District of Tennessee, Nashville Division

Dated: August 14, 2020          BATES & BATES, LLC
                                Attorneys for Defendant

                                /s/ *Kurt Schuettinger*
                                Andrea E. Bates
                                *Pro Hac Vice*
                                Kurt Schuettinger
                                *Pro Hac Vice*
                                Bates & Bates, LLC
                                1890 Marietta Boulevard NW
                                Atlanta, Georgia 30318
                                Telephone: (404) 228-7439
                                Facsimile: (404) 963-6231
                                abates@bates-bates.com

kschuettinger@bates-bates.com

Steven Susser
Carlson, Gaskey & Olds, P.C.
400 W Maple Road, Ste 350
Birmingham, MI 48009
(248) 283-0734
ssusser@cgolaw.com