# EXHIBIT 1



February 20, 2020

**VIA UPS and email**
Lee Marshall Holtry
The Law Office of Lee Marshall Holtry, PLLC
6991 E. Camelback Rd.
Ste. D-300
Scottsdale, AZ 85251
Email: lmh@leeholtrylaw.com

Dear Counsel:

As a follow up to last year's correspondence, you will recall we had notified you of Heritage's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The parties attempted to resolve this matter business to business, however, Heritage has failed to substantively respond to Gibson's requests.

Although it would be Gibson's preference to resolve this matter amicably, in a collaborative matter, they cannot allow for their rights to continue to be violated.

Heritage is currently selling the below model guitars that infringe on Gibson's Les Paul Body Shape Design® Trademark and Gibson's ES Body Shape Design® Trademark:



For your reference, Gibson's current use of the Les Paul Body Shape Design® Trademark and the ES Body Shape Design® Trademark is below:

 

In 1991, Gibson and Heritage entered into a Settlement Agreement regarding Heritage's ███████████████████████████████████████████████████████████████████

Based on the agreement (¶ 4), Heritage ███████████████████████████████:



Gibson expressly approved, under ¶ 7, ███████████████:

███████████████████████████████████████████████████████████████████.



████, Gibson will have no other choice but to seek remedy against your client should it not promptly cease use of Gibson designs.

Please confirm by no later than **March 5, 2020** ████████████████████████████████████████████████████████████.

This letter is being sent without prejudice to Gibson's rights which are expressly reserved.

Sincerely,

Andrea E. Bates
abates@bates-bates.com