# EXHIBIT 2

This Exhibit has been redacted in its entirety.