UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 20-cv-229 |
| Plaintiff, | Honorable Janet T. Neff |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE BY BRYAN R. WALTERS

Bryan R. Walters of Varnum LLP requests that this Honorable Court allow him to withdraw his appearance on behalf of Plaintiff, Heritage Guitar, Inc., in the above-captioned matter for the reason that Gary J. Mouw of Varnum LLP is replacing Mr. Walters as counsel of record for this matter.  Mr. Mouw filed his appearance with the court on January 14, 2021.  A proposed Order is attached.

Respectfully submitted,

VARNUM, LLP

Dated:  January 14, 2021

By:   */s/ Bryan R. Walters*
          Bryan R. Walters (P58050)
Business Address, Telephone, and E-mail:
P.O. Box 352
Grand Rapids, MI  49501-0352
616/336-6000
brwalters@varnumlaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 20-cv-229 |
| Plaintiff, | Honorable Janet T. Neff |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

## ORDER ALLOWING WITHDRAWAL OF APPEARANCE BY BRYAN R. WALTERS

IT IS HEREBY ORDERED that Bryan R. Walters is permitted to withdraw as attorney of record on behalf of Plaintiff, Heritage Guitar, Inc., in the above-captioned matter.

IT IS SO ORDERED.

Dated: _____, 2021

_____
Hon. Janet T. Neff

17437132.1