UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 20-cv-229 |
| Plaintiff, | Honorable Hala Y. Jarbou |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to Seal its Second Amended Complaint and Memorandum of Law in Support Of Its Motion For Leave To File A Second Amended Complaint. It is ORDERED that Plaintiff's Unopposed Motion to File Under Seal is GRANTED.

**SO ORDERED.**

Date:   July __, 2021
        Lansing, Michigan

_____
Hala Y. Jarbou
United States District Judge