IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cv-229 |
| | ) |
| GIBSON BRANDS, INC., | ) Honorable Hala Y. Jarbou |
| | ) |
| Defendant. | ) Magistrate Judge Ray Kent |
| | ) |
| | ) |

**DEFENDANT'S PARTIAL MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. Pro. 12(b)(6) and 28 U.S.C. § 1404, Defendant Gibson Brands, Inc. ("Gibson"), by and through its counsel, hereby moves for an order granting its Partial Motion to Dismiss Plaintiff's Second Amended Complaint. In accordance with Local Rule 7.1(d), on December 22, 2021 and December 23, 2021, Defendant's counsel conferred with Plaintiff's counsel regarding the Partial Motion to Dismiss. Plaintiff's counsel advised that they will be opposing the motion.

WHEREFORE, Defendant respectfully requests that this Court grant its Partial Motion to Dismiss Plaintiff's Second Amended Complaint.

Dated: December 23, 2021

BATES & BATES, LLC
Attorneys for Defendant

/s/ *Andrea E Bates*
Andrea E. Bates
*Pro Hac Vice*
Kurt Schuettinger
*Pro Hac Vice*
Bates & Bates, LLC
1890 Marietta Boulevard NW

Atlanta, Georgia 30318
Telephone: (404) 228-7439
Facsimile: (404) 963-6231
abates@bates-bates.com
kschuettinger@bates-bates.com

Steven Susser
Carlson, Gaskey & Olds, P.C.
400 W Maple Road, Ste 350
Birmingham, MI 48009
(248) 283-0734
ssusser@cgolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2021, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

Dated: December 23, 2021

BATES & BATES, LLC
Attorneys for Defendant

/s/*Andrea E Bates*
Andrea E. Bates