IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 20-cv-229 |
| GIBSON BRANDS, INC., | ) Honorable Hala Y. Jarbou |
| Defendant. | ) Magistrate Judge Ray Kent |

## **ORDER**

This matter is before the Court on Defendant's Partial Motion to Dismiss Plaintiff's Second Amended Complaint. It is ORDERED that Defendant's Partial Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED and Claims VI–IX are DISMISSED.

.

**SO ORDERED.**


Dated: _____     _____
                                Hala Y. Jarbou
                                United States District Judge