# EXHIBIT A

**Financials Requested**

**REQUEST NO. 28:** Transactional data, from January 2012 through the date of this request, showing all sales of Gibson Guitar Products in the United States, including at least: transaction number, the product name and any identifying product code such as a SKU; UPC; location of production; Gibson's net sale price (received) for the product; MSRP, actual retail price paid, the number of units sold; discounts; rebates; fees, commissions, costs (including cost of goods sold); the identity and location of the retailer/distributor/wholesaler; the date of sale to retailer/distributor/wholesaler; location of the end user customers, the date of sale to end user customers.

**REQUEST NO. 33**: All documents and data concerning gross or net margins and profitability of Les Paul Guitars and/or ES-Body Guitars in the United States and outside the United States, including any monthly or quarterly profit and loss statements for Gibson Guitar Products (broken out by worldwide and United States).