UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERITAGE GUITAR, INC.,

    Plaintiff,

v.

GIBSON BRANDS, INC.,

    Defendant.
_____/

Case No. 1:20-CV-229

Hon. Hala Y. Jarbou

**ORDER**

Oral argument was held April 1, 2022, on Plaintiff's Motion to Compel Identification of Trial Witnesses to Facilitate Fair and Efficient Deposition Discovery (ECF No. 118), Plaintiff's Motion to Compel Production of Financials and Use of ESI Search Terms (ECF No. 120) and Defendant's Motion for a Protective Order to Quash the Notice of Deposition for James Curleigh (ECF No. 124). For the reasons set forth on the record, plaintiff's motion (ECF No. 118) and defendant's motion (ECF 124) are **DENIED**. Plaintiff's motion (ECF 120) is **GRANTED in part** as agreed to by the parties and further discussed on the record.

    **IT IS SO ORDERED.**

Dated:  April 4, 2022

/s/ Ray Kent
RAY KENT
United States Magistrate Judge