UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:20-cv-229-JTN-RSK | |
| **Caption:** Heritage Guitar, Inc. v. Gibson Brands, Inc. | |

| **Date:** April 19, 2022 | **Time:** 1:32 - 2:00 p.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Gary Mouw | Heritage Guitar, Inc. |
| **DEFENDANT:** | Kurt Schuettinger | Gibson Brands, Inc. |

## PROCEEDINGS

NATURE OF HEARING:

STATUS CONFERENCE held by video conference regarding status of discovery post-motion hearing held on 4/1/22 regarding ECF Nos. 118, 120; order to issue.

Proceedings Digitally Recorded

Deputy Clerk: S. Carpenter