UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERITAGE GUITAR, INC.,

                 Plaintiff,                                Case No. 1:20-CV-229

v.                                                Hon. Hala Y. Jarbou

GIBSON BRANDS, INC.,

                 Defendant.

_____/

**ORDER**

        A status conference was held April 19, 2022.  As more fully set forth on the record, defendant shall produce all outstanding financial documents, and identify by Bates numbers the Swee Lee financial spreadsheets, no later than **April 26, 2022**. Defendant shall produce all documents responsive to the agreed-upon search terms no later than **April 30, 2022.**

        Fact discovery is extended through **June 29, 2022.** The First Amended Case Management Order (ECF No. 103) is amended accordingly.  All other dates in that order remain unchanged.  No further amendments will be permitted.

        **IT IS SO ORDERED.**

Dated:  April 20, 2022               /s/ Ray Kent_____
                                  RAY KENT
                                  United States Magistrate Judge