UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 20-cv-229 |
| Plaintiff, | Honorable Hala Y. Jarbou |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

## STIPULATION

Plaintiff Heritage Guitar, Inc. ("Heritage") and Defendant Gibson Brands, Inc. ("Gibson," and together with Heritage the "Parties") hereby submit the following Stipulation to amend the First Amended Case Management Order, ECF No. 103 to extend the deadline for the disclosure of expert reports pursuant to Rule 26(a)(2)(B) for the party having the burden of proof on an issue.

WHEREAS, the Court's First Amended Case Management Order (ECF No. 103) currently sets the deadline for the "[d]isclosure of Expert Reports (Rule 26(a)(2)(B))" for "[t]he party having the burden of proof on an issue" on May 30, 2022, which is Memorial Day.  ECF No. 103 at 2.

WHEREAS, because of the conflict with Memorial Day weekend, the Parties have agreed to extend the deadline for submission of expert reports for "[t]he party having the burden of proof on an issue" to June 3, 2022, an extension which would not impact any other deadline in the Court's First Amended Case Management Order (ECF No. 103), as modified by the Court's Order to Extend Fact Discovery to June 29, 2022 (ECF No. 131).

And **THEREFORE**, the Parties stipulate and agree that the deadline for the "[d]isclosure of Expert Reports (Rule 26(a)(2)(B))" for "[t]he party having the burden of proof on an issue" is extended to June 3, 2022.

**IT IS SO ORDERED.**

Dated: _____, 2022
       Grand Rapids, Michigan

_____
Ray Kent
United States Magistrate Judge

*Attorneys for Plaintiff*

VARNUM LLP

Gary J. Mouw

(P69236)
333 Bridge Street NW Suite 1700
Grand Rapids, MI 49504
(616) 336-6000
gjmouw@varnumlaw.com

and

By:   */s/ Mark A. Ford*

Mark G. Matuschak
Mark A. Ford
Vinita Ferrera
Allyson Slater
Holly Ovington
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6559 (t)
(617) 526-5000 (f)
Mark.matuschak@wilmerhale.com

Jared D. Hoffman
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

*Attorneys for Defendant*

BATES & BATES, LLC
By:   */s/ Kurt Schuettinger*

Andrea E. Bates
Pro Hac Vice
Kurt Schuettinger
Pro Hac Vice
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Telephone: (404) 228-7439
Facsimile: (404) 963-6231
abates@bates-bates.com
kschuettinger@bates-bates.com

Steven Susser
Carlson, Gaskey & Olds, P.C.
400 W Maple Road, Ste 350
Birmingham, MI 48009
(248) 283-0734
ssusser@cgolaw.com