UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 1:20-cv-229 |
| Plaintiff, | Honorable Hala Y. Jarbou |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

## STIPULATION

Plaintiff Heritage Guitar, Inc. ("Heritage") and Defendant Gibson Brands, Inc. ("Gibson," and together with Heritage the "Parties") hereby submit the following Stipulation to amend the First Amended Case Management Order, ECF No. 103 to extend the deadline for the disclosure of expert reports pursuant to Rule 26(a)(2)(B) for the party having the burden of proof on an issue.

WHEREAS, the Court's First Amended Case Management Order (ECF No. 103) currently sets the deadline for the "[d]isclosure of Expert Reports (Rule 26(a)(2)(B))" for "[t]he party having the burden of proof on an issue" on May 30, 2022, which is Memorial Day. ECF No. 103 at 2.

WHEREAS, because of the conflict with Memorial Day weekend, the Parties have agreed to extend the deadline for submission of expert reports for "[t]he party having the burden of proof on an issue" to June 3, 2022, an extension which would not impact any other deadline in the Court's First Amended Case Management Order (ECF No. 103), as modified by the Court's Order to Extend Fact Discovery to June 29, 2022 (ECF No. 131).

And **THEREFORE**, the Parties stipulate and agree that the deadline for the "[d]isclosure of Expert Reports (Rule 26(a)(2)(B))" for "[t]he party having the burden of proof on an issue" is extended to June 3, 2022.

**IT IS SO ORDERED.**

Dated:   May 25  , 2022                          /s/ Hala Y. Jarbou
                                                                       HALA Y. JARBOU
                                                                       UNITED STATES DISTRICT JUDGE

| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
|---|---|
| VARNUM LLP | BATES & BATES, LLC |
| | By: /s/ Kurt Schuettinger |
| Gary J. Mouw | |
| | Andrea E. Bates |
| (P69236) | Pro Hac Vice |
| 333 Bridge Street NW Suite 1700 | Kurt Schuettinger |
| Grand Rapids, MI 49504 | Pro Hac Vice |
| (616) 336-6000 | Bates & Bates, LLC |
| gjmouw@varnumlaw.com | 1890 Marietta Boulevard NW |
| | Atlanta, Georgia 30318 |
| and | Telephone: (404) 228-7439 |
| | Facsimile: (404) 963-6231 |
| By: /s/ Mark A. Ford | abates@bates-bates.com |
| | kschuettinger@bates-bates.com |
| Mark G. Matuschak | |
| Mark A. Ford | |
| Vinita Ferrera | |
| Allyson Slater | |
| Holly Ovington | Steven Susser |
| Wilmer Cutler Pickering Hale and Dorr LLP | Carlson, Gaskey & Olds, P.C. |
| 60 State Street | 400 W Maple Road, Ste 350 |
| Boston, MA  02109 | Birmingham, MI 48009 |
| (617) 526-6559 (t) | (248) 283-0734 |
| (617) 526-5000 (f) | ssusser@cgolaw.com |
| Mark.matuschak@wilmerhale.com | |
| | |
| Jared D. Hoffman | |
| Wilmer Cutler Pickering Hale and Dorr LLP | |
| 7 World Trade Center | |
| 250 Greenwich Street | |
| New York, NY  10007 | |