UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERITAGE GUITAR, INC.,

    Plaintiff,

v.

    Case No. 1:20-cv-229

    Hon. Hala Y. Jarbou

GIBSON BRANDS, INC.,

    Defendant.

_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Defendant's partial motion to dismiss the second amended complaint (ECF No. 105) is **DENIED**.

Dated: June 6, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE