IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 20-cv-229 |
| GIBSON BRANDS, INC., | ) Honorable Hala Y. Jarbou |
| Defendant. | ) Magistrate Judge Ray Kent |

**ORDER**

This matter is before the Court on Defendant's Unopposed Motion to File Under Seal Exhibits A & B to Gibson's Motion to Exclude the untimely declarations of Timothy Shaw and Tom Anderson. It is ORDERED that Defendant's Unopposed Motion to File Under Seal Exhibits A & B to Gibson's Motion to Exclude the untimely declarations of Timothy Shaw and Tom Anderson is GRANTED.

**SO ORDERED.**

Dated: _____

_____
Hala Y. Jarbou
United States District Judge