IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 20-cv-229 |
| vs. | ) |
| | ) Honorable Hala Y. Jarbou |
| GIBSON BRANDS, INC., | ) |
| | ) Magistrate Judge Ray Kent |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on Defendant's Unopposed Motion to File Under Seal Exhibits A & B to Gibson's Motion to Exclude the untimely declarations of Timothy Shaw and Tom Anderson. It is ORDERED that Defendant's Unopposed Motion to File Under Seal Exhibits A & B to Gibson's Motion to Exclude the untimely declarations of Timothy Shaw and Tom Anderson is GRANTED.

**SO ORDERED.**

Dated: __June 13, 2022__

/s/ Ray Kent
Ray Kent
U.S. Magistrate Judge