UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 20-cv-229 |
| Plaintiff, | Honorable Hala Y. Jarbou |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

## ORDER

This matter is before the Court on Heritage Guitar, Inc.'s and Gibson Brands, Inc.'s (together the "Parties") Joint Motion to Modify the First Amended Case Management Order in the following manner: (1) to allow for fact discovery through July 14, 2022, but only for the sole purpose of taking a limited number of depositions; (2) to permit the parties to serve supplemental expert reports by July 22, 2022 and to allow the parties to complete expert depositions by August 5, 2022; and (3) to extend the deadline to file Dispositive motions so that such motions may be filed on or before September 5, 2022.  It is ORDERED that the Parties' Joint Motion is GRANTED.

**SO ORDERED,** this _____ day of _____, 2022.

Grand Rapids, Michigan

_____
Ray Kent
United States Magistrate Judge