UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 20-cv-229 |
| Plaintiff, | Honorable Hala Y. Jarbou |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

**HERITAGE GUITARS, INC.'S MOTION
TO STRIKE GIBSON BRANDS, INC.'S UNTIMELY COUNTERCLAIMS**

NOW COMES Plaintiff, Heritage Guitar, Inc., ("Heritage") by and through its attorneys, and files this Motion to Strike Gibson Brands, Inc.'s ("Gibson") Untimely Counterclaims. In accordance with Local Rule 7.1(d), on July 5, 2022, Heritage's counsel sought consent of Gibson's counsel, which was not granted.

WHEREFORE, Heritage respectfully requests that this Court grant its motion and hold that Gibson's initial counterclaims remain Gibson's operative counterclaims, and all new allegations and new causes of action pleaded in Gibson's Amended Counterclaims, ECF No. 147, are stricken. Respectfully submitted,

Dated: July 5, 2022

Respectfully submitted:
By: */s/ Mark A. Ford*
Mark G. Matuschak
Vinita Ferrera
Mark A. Ford
Allyson Slater
Holly Ovington
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6559 (t)

(617) 526-5000 (f)
mark.matuschak@wilmerhale.com
vinita.ferrera@wilmerhale.com
mark.ford@wilmerhale.com
allyson.slater@wilmerhale.com
holly.ovington@wilmerhale.com

Jared D. Hoffman
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
jared.hoffman@wilmerhale.com

Gary J. Mouw
(P69236)
VARNUM LLP
333 Bridge Street NW Suite 1700
Grand Rapids, MI 49504
(616) 336-6000
gjmouw@varnumlaw.com

*Attorneys for Plaintiff Heritage Guitar, Inc.*

## ORDER

This matter is before the Court on Plaintiff Heritage Guitar, Inc.'s Motion to Strike Gibson Brands Inc.'s Untimely Counterclaims. It is ORDERED that Heritage Guitar, Inc.'s Motion is GRANTED. All new allegations and new causes of action pleaded in Gibson's Amended Counterclaims, ECF No. 147, are stricken.

**SO ORDERED,** this _____ day of _____, 2022.

Lansing, Michigan

_____
Hala Y. Jarbou
United States District Judge