UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 20-cv-229 |
| Plaintiff, | Honorable Hala Y. Jarbou |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

**HERITAGE GUITAR, INC.'S MOTION FOR
PARTIAL JUDGMENT ON THE PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 12(c), Plaintiff Heritage Guitar, Inc. ("Heritage"), moves for partial judgment on the pleadings on the following causes of action pending in this litigation: (1) Gibson Brand, Inc.'s ("Gibson") Counterclaims I and III, ECF No. 61; and (2) Gibson's Counterclaims II, IV, V, and VI, with respect to Gibson's allegations based on the Les Paul and ES body shape trademarks (*i.e.*, not the GIBSON trademark), ECF No. 61; and (3) Counts I through V in Heritage's Second Amended Complaint, ECF No. 104. In accordance with Local Rule 7.1(d), on July 6, 2022, Plaintiff's counsel sought consent of Defendant's counsel, which was not granted.

WHEREFORE, Plaintiff respectfully requests that this Court grant its partial motion for judgment on the pleadings.

Dated: July 6, 2022

Respectfully submitted:
By: */s/ Mark A. Ford*
Mark G. Matuschak
Vinita Ferrera
Mark A. Ford
Allyson Slater

Holly Ovington
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6559 (t)
(617) 526-5000 (f)
mark.matuschak@wilmerhale.com
vinita.ferrera@wilmerhale.com
mark.ford@wilmerhale.com
allyson.slater@wilmerhale.com
holly.ovington@wilmerhale.com

Jared D. Hoffman
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
jared.hoffman@wilmerhale.com

Gary J. Mouw
(P69236)
VARNUM LLP
333 Bridge Street NW Suite 1700
Grand Rapids, MI 49504
(616) 336-6000
gjmouw@varnumlaw.com

*Attorneys for Plaintiff Heritage Guitar, Inc.*