UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 20-cv-229 |
| Plaintiff, | Honorable Hala Y. Jarbou |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

## ORDER

Before the Court is Plaintiff Heritage Guitar, Inc.'s Motion for Partial Judgment on the Pleadings (the "Motion") on the following causes of action: (1) Gibson Brand, Inc.'s ("Gibson") Counterclaims I and III, ECF No. 61; (2) Gibson's Counterclaims II, IV, V, and VI, with respect to Gibson's allegations based on the Les Paul and ES body shape trademarks (*i.e.*, not the GIBSON trademark); and (3) Counts I through V in Heritage's Second Amended Complaint, ECF No. 104. It is hereby ordered that Plaintiff's Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Gibson's Counterclaims I and III are **DISMISSED**.

**IT IS FURTHER ORDERED** that Gibson's Counterclaims II, IV, V, and VI, with respect to Gibson's allegations based on the Les Paul and ES body shape trademarks are **DISMISSED**.

**IT IS FURTHER ORDERED** that **JUDGMENT WILL ENTER IN HERITAGE'S FAVOR** with respect to Counts I through V in Heritage's Second Amended Complaint.

**SO ORDERED,** this _____ day of _____, 2022.

_____
Hala Y. Jarbou
UNITED STATES DISTRICT JUDGE