UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 1:20-cv-229 |
| Plaintiff, | Honorable Hala Y. Jarbou |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

## ORDER

This matter is before the Court on Plaintiff's Motion Seeking Relief from Gibson's Motions for Summary Judgment.

Accordingly,

IT IS ORDERED that Plaintiff's Motion (ECF No. 202) is GRANTED IN PART and DENIED IN PART. Heritage's word count is enlarged and Heritage is permitted 10,800 words to respond to each of Gibson's Motions for Summary Judgment.

Date: 08/22/2022

/s/ HALA Y. JARBOU
Hala Y. Jarbou
Chief United States District Judge