UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 20-cv-229 |
| Plaintiff, | Honorable Hala Y. Jarbou |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

## PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MIKE ROCK RELATING TO MARKET DEFINITION AND MONOPOLY POWER

Pursuant to Federal Rules of Evidence 702 and 703 and *Daubert v. Merrell Dow Pharms, Inc.*, 509 U.S. 579 (1993), Plaintiff Heritage Guitar, Inc. ("Heritage") respectfully moves for an Order of the Court excluding the report, opinions, and testimony of Mike Rock relating to market definition and monopoly power. Heritage incorporates by reference its Memorandum in Support of the Motion to Exclude the Opinions of Mike Rock Relating to Market Definition and Monopoly Power, filed herewith.

Dated: September 19, 2022    Respectfully submitted:

By: _/s/ Mark A. Ford_
Mark A. Ford
Mark G. Matuschak
Vinita Ferrera
Allyson Slater
Holly Ovington
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6559 (t)
(617) 526-5000 (f)
mark.matuschak@wilmerhale.com
vinita.ferrera@wilmerhale.com
mark.ford@wilmerhale.com
allyson.slater@wilmerhale.com
holly.ovington@wilmerhale.com

Jared D. Hoffman
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
jared.hoffman@wilmerhale.com

Gary J. Mouw
(P69236)
VARNUM LLP
333 Bridge Street NW Suite 1700
Grand Rapids, MI 49504
(616) 336-6000
gjmouw@varnumlaw.com

*Attorneys for Plaintiff Heritage Guitar, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2022, the foregoing Motion to Exclude the Opinions of Mike Rock was electronically served and filed by use of the court's EC system.

/s/ Mark A. Ford

Mark A. Ford