UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


HERITAGE GUITAR, INC.,

        Plaintiff,                                Case No. 1:20–cv–229

     v.                                      Hon. Hala Y. Jarbou

GIBSON BRANDS, INC.,

        Defendant.

_____/


## NOTICE OF HEARING


TAKE NOTICE that a hearing has been **rescheduled** as set forth below:


| | |
|---|---|
| Type of hearing(s): | Settlement Conference |
| Date/Time: | February 1, 2023   01:30 PM *(previously set for 12/29/2022 at 1:30 PM)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

*The parties' confidential settlement letters are due January 27, 2023.*

                                           RAY KENT
                                           U.S. Magistrate Judge

Dated:  November 4, 2022       By:   /s/ Faith Hunter Webb_____
                                          Judicial Assistant