UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERITAGE GUITAR, INC.,

    Plaintiff,

v.

    Case No. 1:20-cv-229

    Hon. Hala Y. Jarbou

GIBSON BRANDS, INC.,

    Defendant.
_____/

## **ORDER**

In accordance with the opinion entered this date:

**IT IS ORDERED** that Heritage's motion to strike the counterclaims filed with Gibson's answer to Heritage's second amended complaint (ECF No. 167) is **DENIED**.

The Court will hold a status conference to determine how much time is necessary to conduct discovery. Status conference is set for **January 5, 2023**, at **10:00 AM**.

Dated: December 21, 2022          /s/ Hala Y. Jarbou
                                               HALA Y. JARBOU
                                               CHIEF UNITED STATES DISTRICT JUDGE