UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERITAGE GUITAR, INC.,

       Plaintiff,                                      Case No. 1:20–cv–229

v.                                                    Hon. Hala Y. Jarbou

GIBSON BRANDS, INC.,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:             January 5, 2023   10:00 AM
Chief Judge:          Hala Y. Jarbou
Place/Location:      128 Federal Building, Lansing, MI

                                                     HALA Y. JARBOU
                                                     Chief United States District Judge

Dated:   December 21, 2022       By:   /s/ A. Seymore_____
                                                    Judicial Assistant