UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE GUITAR, INC., | Case No. 20-cv-229 |
| Plaintiff, | Honorable Chief Judge Hala Y. Jarbou |
| v. | Magistrate Judge Ray Kent |
| GIBSON BRANDS, INC., | |
| Defendant. | |

## **STIPULATION**

Plaintiff Heritage Guitar, Inc. ("Heritage") and Defendant Gibson Brands, Inc. ("Gibson," and together with Heritage the "Parties") hereby submit the following Stipulation to amend the deadline for Heritage's responsive pleading and to move the January 5, 2023 Status Conference.

**WHEREAS**, the Court denied Heritage's Motion to Strike Gibson's Counterclaims, ECF No. 167, on December 21, 2022.  ECF No. 272.  Heritage's current date for its responsive pleading to the Amended Answer and Counterclaims, ECF No. 147., is **January 4, 2023**.

**WHEREAS**, the Court set a Status Conference for **January 5, 2023**.  ECF No. 274.

**WHEREAS**, because of the intervening holidays between the Court's decision on the Motion to Strike and the due date of Heritage's responsive pleading, the Parties have agreed to extend the deadline for submission of Heritage's responsive pleading to **January 18, 2023**.

**WHEREAS**, the Parties agree to having the Status Conference after the responsive pleading is filed, and whereas the Parties will already be attending an in-person settlement conference with Magistrate Judge Kent on **February 1, 2023**, the Parties agree and request the Court move the Status Conference to **February 2, 2023**.

**IT IS SO ORDERED.**

Dated: _____, 202_
      Grand Rapids, Michigan

_____
Hala Y. Jarbou
Chief Judge

---

*Attorneys for Plaintiff*

VARNUM LLP

Gary J. Mouw
(P69236)
333 Bridge Street NW Suite 1700
Grand Rapids, MI 49504
(616) 336-6000
gjmouw@varnumlaw.com

and

By: */s/ Mark G. Matuschak*

Mark G. Matuschak
Mark A. Ford
Vinita Ferrera
Allyson Slater
Holly Ovington
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6559 (t)
(617) 526-5000 (f)
Mark.matuschak@wilmerhale.com

Jared D. Hoffman
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

*Attorneys for Defendant*

BATES & BATES, LLC
By: */s/ Kurt Schuettinger*

Andrea E. Bates
Pro Hac Vice
Kurt Schuettinger
Pro Hac Vice
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318

Telephone: (404) 228-7439
Facsimile: (404) 963-6231
abates@bates-bates.com
kschuettinger@bates-bates.com

Steven Susser
Carlson, Gaskey & Olds, P.C.
400 W Maple Road, Ste 350
Birmingham, MI 48009
(248) 283-0734
ssusser@cgolaw.com