UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERITAGE GUITAR, INC.,

    Plaintiff,

v.

GIBSON BRANDS, INC.,

    Defendant.
_____/

Case No. 1:20-cv-229

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed the parties Stipulation (ECF No. 276),

**IT IS ORDERED** that the Stipulation (ECF No. 276) is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted as to the extension of time for Plaintiff to file its responsive pleading to Defendant Gibson Brands, Inc.'s Answer and Counterclaims to Plaintiff's Second Amended Complaint (ECF No. 147). Plaintiff's responsive pleading shall be filed on or before **January 18, 2023**. The motion is denied as to the status conference being adjourned to February 2, 2023. The status conference remains as set for **January 5, 2023, at 11:00 AM**.

**IT IS FURTHER ORDERED** that the status conference on **January 5, 2023**, will be held **via video conference**. The Court will furnish the link to the parties.

Dated: January 3, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE