UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERITAGE GUITAR, INC.,                                  Case No. 1:20-cv-229

     Plaintiff,                                                     Honorable Hala Y. Jarbou

v.                                                                      Magistrate Judge Ray Kent

GIBSON BRANDS, INC.,

     Defendant.

---

## STIPULATION AND ORDER

Plaintiff Heritage Guitar, Inc. ("Heritage") and Defendant Gibson Brands, Inc. ("Gibson," and together with Heritage the "Parties") hereby submit the following Stipulation.

**WHEREAS**, the Parties have reached a settlement resolving the outstanding issues in the above-captioned litigation.

**WHEREAS**, the Parties have agreed to dismissal of claims and counterclaims asserted in this action on the basis described below:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly stipulate to the dismissal of all claims and counterclaims by the Parties against one another, with prejudice, and with each party bearing its own attorneys' fees and costs.

**DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  January 27 , 2023                                   /s/ HALA Y. JARBOU
Lansing, Michigan                                         Hala Y. Jarbou
                                                United States Chief Judge

| | |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

By:  */s/ Mark G. Matuschak*

Mark G. Matuschak
Mark A. Ford
Vinita Ferrera
Allyson Slater
Holly A. Ovington
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6559 (t)
(617) 526-5000 (f)
Mark.matuschak@wilmerhale.com


Gary J. Mouw (P69236)
333 Bridge Street NW Suite 1700
Grand Rapids, MI 49504
(616) 336-6000
gjmouw@varnumlaw.com

By:  */s/ Andrea E. Bates*

Andrea E. Bates, *Pro Hac Vice*
Kurt Schuettinger, *Pro Hac Vice*
Bates & Bates
1890 Marietta Blvd.
Atlanta, GA 30318
(404) 228-7439 (t)
(404) 963-6231 (f)
abates@bates-bates.com
kschuettinger@bates-bates.com